UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:24-cv-00079-DOC-SSC | Date: February 4, 2025 |
| Title  Isaac Mbugua Nganga v. Sergeant Sheffield, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On January 5, 2024, *pro se* Plaintiff Isaac Mbugua Nganga filed this civil rights action pursuant to 42 U.S.C. § 1983 against employees of the Santa Barbara County Sheriff's Office. (ECF 1.) On October 21, 2024, Plaintiff filed a first amended complaint (FAC). (ECF 17.) On December 20, 2024, Defendants filed a motion to dismiss the FAC. (ECF 32.) On December 23, 2024, the Court set a briefing schedule, which required Plaintiff to file an opposition or non-opposition to the motion to dismiss by January 14, 2025. (ECF 33.) The deadline to file the opposition or non-opposition has passed, and the Court has not received any communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:24-cv-00079-DOC-SSC                    Date: February 4, 2025

Title   Isaac Mbugua Nganga v. Sergeant Sheffield, et al.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, on or before **March 6, 2025**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.

    If Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, on or before **March 6, 2025**.

    If Plaintiff files an opposition or non-opposition, or a notice of voluntary dismissal, on or before **March 6, 2025**, this Order to Show Cause will be automatically discharged, and Plaintiff need not respond to it separately.

    Plaintiff is cautioned that failure to timely file a response to this order to show cause, an opposition or non-opposition to the motion to dismiss, or a notice of voluntary dismissal, will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.

**IT IS SO ORDERED.**

Initials of Preparer     **ts**