UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MBUGUA NGANGA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SERGEANT SHEFFIELD, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00079-DOC-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge. In addition, the Court has reviewed Plaintiff's April 16, 2025 filing (ECF 42), which the Court construes as Plaintiff's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected.

　　　　In his objections, Plaintiff does not address why he failed to oppose Defendants' motion to dismiss or respond to the Court's order to show case regarding Plaintiff's failure to prosecute. Neither does Plaintiff present any arguments in opposition to the motion to dismiss. The Court recognizes Plaintiff's assertion that some of his mail has been

delivered to the Santa Barbara County Jail, where he was formerly incarcerated (ECF 42 at 2), but notes that Plaintiff's mailing address reflected on the Court's docket is his current address, as he provided to the Court on November 7, 2024 (ECF 23). The Court further notes that Plaintiff does deny receiving notice of Defendants' motion to dismiss (ECF 32), the Court's order directing Plaintiff to file a mandatory opposition or non-opposition to the motion to dismiss (ECF 33), or the Court's February 4, 2025 order to show cause (ECF 38). Finally, the Court notes Plaintiff's assertion that he attempted to join the January 27, 2025 hearing on Defendants' motion to dismiss (ECF 42 at 1), but Plaintiff is advised that the hearing was vacated (ECF 33). Rather, Plaintiff was ordered to file a written opposition or non-opposition to the motion to dismiss (*id.*), which Plaintiff failed to do. Accordingly, the Court accepts the findings and conclusions of the magistrate judge in the Report and Recommendation.

IT IS ORDERED that judgment be entered dismissing this action without prejudice for Plaintiff's failure to prosecute. IT IS FURTHER ORDERED that Defendants' motion to dismiss (ECF 32) is denied as moot.

DATED: April 25, 2025

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE