UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC MBUGUA NGANGA,<br><br>      Plaintiff,<br><br>      v.<br><br>SERGEANT SHEFFIELD, et al,<br><br>      Defendants. | Case No. 2:24-cv-00079-DOC-SSC<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Plaintiff's failure to prosecute.

DATED: April 25, 2025

                */s/ David O. Carter*
              HONORABLE DAVID O. CARTER
              UNITED STATES DISTRICT JUDGE